DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ROJAS, FANCISCO J and
ROJAS, ALISSA N.

Case No. 05-01370-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $101.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ROJAS, FANCISCO J and ROJAS, ALISSA N. | 791 LYNCH LANE YAKIMA , WA 98903 | $101.00 |

Dated: June 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487465-9    7-8-10    #101.00